AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

2014 JUL -8 A 9:15
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Bill Adams d.b.a. Snap Towing

v.

Davis County and the Davis County Towing Association

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:13 cv 111 TS

IT IS ORDERED AND ADJUDGED

that plaintiff's Sherman Act claims are dismissed without prejudice for failure to plead facts sufficient to satisfy the jurisdictional elements. The court declines to execute supplemental jurisdiction over pendant state law claims which are dismissed without prejudice.

July 7, 2014
Date

D. Mark Jones
Clerk of Court

*(By) Deputy Clerk*